247 So.2d 583

**Parey P. BRANTON and John G.
Schwegmann, Jr.**

**v.**

**STATE BOND AND TAX BOARD.**

**No. 51430.**

May 18, 1971.

In re: August J. LaNasa applying for writs of certiorari or review.

Writ granted without argument. See cases Nos. 51,412, Abbott v. Parker, 259 La. ——, 249 So.2d 908; 51,413, Branton v. State Bond and Tax Board, 259 La. ——, 249 So.2d 920; and 51,414, Schwegmann v. Parker, 259 La. ——, 249 So.2d 921. The present proceeding is consolidated with those.

247 So.2d 583

**John G. SCHWEGMANN, and
Parey P. Branton**

**v.**

**Honorable Mary Evelyn PARKER, Chairman,
and the Louisiana State Bond
Commission.**

**No. 51431.**

May 18, 1971.

. In re: Honorable Mary Evelyn Parker, Chairman, and The Louisiana State Bond Commission applying for writs of certiorari or review.

Writ granted without argument.

See cases Nos. 51,412, Abbott v. Parker, 259 La. ——, 249 So.2d 908; 51,413, Branton v. State Bond and Tax Board, 259 La. ——, 249 So.2d 920; and 51,414, Schwegmann v. Parker, 259 La. ——, 249 So.2d 921. The present proceeding is consolidated with those.

247 So.2d 583

**STATE of Louisiana**

**v.**

**Ray H. STUMP, Jr.**

**No. 51440.**

May 19, 1971.

In re: Ray H. Stump, Jr. applying for writ of certiorari.

Application denied; no abuse of discretion has been shown.